BIGGS, *Appellant,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(CA No. 5403, Circuit Court No. 420-112)
546 P2d 1110

Argued and submitted February 24, 1976.

*Nels Peterson,* attorney for appellant.

*Lee Johnson,* attorney for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Affirmed. *Jones v. Cascade Wood Products,* 21 Or App 86, 533 P2d 1399, Sup Ct *review denied* (1975).